BALDWIN'S BANK of PENN YAN, Respondent, v. FARMERS RELIANCE MUTUAL INSURANCE COMPANY OF CHEMUNG, SCHUYLER AND YATES COUNTIES, Appellant. — Judgment reversed on the law and facts and a new trial granted, with costs to appellant to abide the event, on the ground that the finding that defendant by its conduct waived requirement of service of verified proof of loss within the terms of the insurance policy is contrary to and against the weight of the evidence. All concur, except Thompson, J., who dissents and votes for affirmance on the opinion of Cunningham, J., at Special Term. [See 151 Misc. 243.]

In the Matter of the Application of GEORGE C. DIEHL, INC., Appellant, for a Mandamus Order Directed to WALTER J. LOHR, Mayor, and Others, Constituting the Mayor, Board of Councilmen and Treasurer of the City of Lackawanna, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Lytle, J., at Special Term [Reported in 151 Misc. 259]. All concur.